FILED
MAR 16 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:16CR00114 AGF** |
| LINDA SWEAZY, | ) ) ) |
| Defendant. | ) |

## INFORMATION

### COUNT I

The United States Attorney charges that:

Between on or about January 1, 2012 and continuing through on or about October 1, 2014, in St. Louis County within the Eastern District of Missouri,

LINDA SWEAZY,

the Defendant herein, did knowingly and intentionally devise a scheme to defraud and to obtain money from another by means of false and fraudulent statements, representations, promises and pretenses and, in furtherance and execution thereof did place and caused to be placed in a post office or other repository for mail matter items to be delivered by the United States Postal Service to wit: financial and credit statements related to her embezzlement from F.S.

In violation of Title 18, United States Code Section 1341.

### FORFEITURE ALLEGATION

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1341 as set forth in Count I, the defendant shall forfeit to the United States

of America any property, real or personal, constituting or derived from any proceeds traceable to such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas C. Albus, #46224MO
Assistant United States Attorney

UNITED STATES OF AMERICA            )
EASTERN DIVISION                    )
EASTERN DISTRICT OF MISSOURI        )

I, , Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____

Subscribed and sworn to before me this 8th day of March 2016.

Gregory J. Linhares
_____
CLERK, U.S. DISTRICT COURT

By: Jason W. Dockery
_____
DEPUTY CLERK